IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MORALES, et al., | Case No.: 1:09-cv-00704 LJO JLT |
| Plaintiffs, | ORDER SERVICE OF REVISED NOTICE |
| v. | (Doc. 38) |
| STEVECO, INC., et al., | |
| Defendants. | |

Before the Court is the revised Class Notice authorized by the Court in a telephonic conference on November 18, 2011.  (Doc. 37)

After reviewing the revised notice, the Court **AUTHORIZES** the revised Class Notice to be substituted for the Class Notice identified in its Order Granting Preliminary Approval of Class Settlement.  (Doc. 35)

No other changes to the Order Granting Preliminary Approval of Class Settlement are permitted.

IT IS SO ORDERED.

Dated:   **November 21, 2011**                             /s/ Jennifer L. Thurston
                                                                              UNITED STATES MAGISTRATE JUDGE