IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MORALES, et al., | Case No.: 1:09-cv-00704 LJO JLT |
| Plaintiffs, | ORDER GRANTING STIPULATION TO MODIFY NOTICE, RESPONSE AND FINAL APPROVAL DATES |
| v. | |
| STEVECO, INC., et al., | (Doc. 40) |
| Defendants. | |

Before the Court is the stipulation of the parties to modify the schedule by which notice, response and final approval of the settlement had been ordered to occur. (Doc. 40) The stated reason for this modification is difficulty in obtaining a reliable mailing list for prospective class members and missing information about the class members. Id.

Good cause appearing, the Court **ORDERS** the following:

1. The Notice **SHALL** be amended to require the respondent to provide his/her social security number;

2. The Settlement Administrator shall mail the approved Class Notice Packet by first class mail to class members no later than December 28, 2011;

3. The petition for attorneys fees and for class representative enhancement shall be filed no later than February 27, 2012;

4. Any Class Member who submits a timely and valid Claim Form no later than

1

February 15, 2012 shall receive a settlement share;

5. A Class Member who wishes to be excluded from the settlement shall postmark the Opt-Out Form no later than February 15, 2012;

6. Any objects to or comments on the Settlement Agreement must be filed with the Court and mailed to Class Counsel no later than February 29, 2012;

7. A Final Approval and Fairness Hearing is SET for March 19, 2012 at 9:00 a.m. at the at the United States Bankruptcy Courtroom located at 1300 18th Street, Bakersfield, California;

8. For comments or objects to be considered at the hearing, the Class Member must file comments with the Clerk of this Court indicating briefly the nature of the Class Member's comments, support, or objection. Such comments must be filed with the Court, and mailed to Class Counsel, no later than February 29, 2012;

9. The Court reserves the right to vacate the Final Approval and Fairness Hearing if no comments or objections are filed with this Court on or before February 29, 2012.

IT IS SO ORDERED.

Dated:   **December 27, 2011**                               /s/ Jennifer L. Thurston
                                                                          UNITED STATES MAGISTRATE JUDGE