IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MORALES, et al., | Case No.: 1:09-cv-00704 LJO JLT |
| Plaintiffs, | ORDER RE AMENDED CLAIMS FILING DEADLINE |
| v. | (Doc. 46) |
| STEVECO, INC., et al., | |
| Defendants. | |

Before the Court is the stipulation of the parties to allow additional time for prospective class members to submit their claims. (Doc. 46)

The parties agree that any claims submitted by March 18, 2012 will be deemed timely. (Doc. 46) Likewise, they agree that the claims administrator will report to counsel as to the class members claims by March 25, 2012. Id. Finally, they agree that Plaintiffs will file their motion for final approval of the class settlement no later than March 30, 2012. Id.

Good cause appearing, the Court **ORDERS**:

1. Class Member claims made no later than March 18, 2012 SHALL be deemed timely;
2. Claims Administrator, Simpluris, will report to counsel regarding Class Member claims by March 25, 2012;
3. Plaintiffs' Counsel will file their Motion for Final Approval of the Class Settlement no later than March 30, 2012;

1

4. The Court vacates the Fairness Hearing, currently scheduled for March 19, 2012, and will take the Motion for Final Approval of Settlement under submission.

IT IS SO ORDERED.

Dated:   **March 5, 2012**                                                                      /s/ Jennifer L. Thurston
                                                                                            UNITED STATES MAGISTRATE JUDGE